UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TIFFANEY M. GIBSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. C11-0676-MAT<br><br><br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE A RESPONSE TO PLAINTIFF'S<br>COMPLAINT |

　　　Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

　　　Defendant shall have up to and including September 6, 2011, to file a Response to Plaintiff's Complaint.

　　　DATED this 7th day of July, 2011.

　　　　　　　　　　　　　　　　　　／s／ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C11-0676-MAT]

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3858
FAX: (206) 615-2531
lisa.goldoftas@ssa.gov